Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12602−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rajashekhar Surya Allam
   150 Fiat Ave
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−2158

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/25/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 25, 2019
JAN: wir

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12602-MBK
Rajashekhar Surya Allam                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 25, 2019
                              Form ID: 148             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
```
db              +Rajashekhar Surya Allam,    150 Fiat Ave,    Iselin, NJ 08830-1418
518132292       +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518016209        Deutsche Bank National Trust,    c/o Parker McCay PA,    9000 Midlantic Dr Ste 300,
                  Mt Laurel, NJ 08054-1539
518056777       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518016210       +Fulton Bank of New Jersey,    c/o Eisenberg Gold & Agrawal PC,    1040 N Kings Hwy Ste 200,
                  Cherry Hill, NJ 08034-1925
518016212       +Jeremy Esakoff,    Essakoff Jaggi and Patel LLC,    1065 Rt 22 W Ste B,
                  Bridgewater, NJ 08807-2949
518016213       +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518054209        U.S. Bank National Association, as Trustee for MAS,    Select Portfolio Servicing Inc,
                  POB 65250,    Salt Lake City, UT  84165-0250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 00:12:49      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518177181       +E-mail/Text: bankruptcy@fult.com Apr 26 2019 00:14:06      Fulton Bank of New Jersey,
                  533 Fellowship Road,    Suite 250,    Mt. Laurel, NJ 08054-3411
518016211        EDI: IRS.COM Apr 26 2019 03:28:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518042302        SAI Consulting
cr*             +Fulton Bank of New Jersey,    533 Fellowship Road,    Suite 250,    Mt. Laurel, NJ 08054-3411
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National trust Company et al ...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com,
               ksantiago@egalawfirm.com,ebecker@egalawfirm.com
              Harrison Ross Byck    on behalf of Debtor Rajashekhar Surya Allam lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR
               Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series
               2006-WMC4 phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National trust Company et al ...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```