| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

**Order Filed on April 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Rajashekhar Surya Allam

Debtor(s)

Case No.: 19-12602 / MBK

Chapter: 13

Hearing Date: April 23, 2019

Judge:  Michael B. Kaplan

# CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: April 25, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to attend Confirmation Hearing
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-12602-MBK
Rajashekhar Surya Allam                                         Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Apr 25, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
```
db              +Rajashekhar Surya Allam,    150 Fiat Ave,    Iselin, NJ 08830-1418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
```
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National trust Company et al ...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com,
           ksantiago@egalawfirm.com,ebecker@egalawfirm.com
          Harrison Ross Byck    on behalf of Debtor Rajashekhar Surya Allam lawfirm@kasuribyck.com,
           kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
          Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR
           Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4
           NJ_ECF_Notices@mccalla.com
          Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series
           2006-WMC4 phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National trust Company et al ...
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```